# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: HILDA M ESCOBAR   JOINT DEBTOR:_____ CASE NO.:_____
Last Four Digits of SS# 5620   Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.   $__220.00__ for months __1__ to __36__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 5,000.00   TOTAL PAID $ 2,000.00
     Balance Due   $ 3,000.00   payable $__200.00__/month (Months __1__ to __15__)
     Fee Itemization: $3,500.00 base fee; $1,500.00 to file two (2) Motions to Value Real Property.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment   $_____/month (Months _____ to _____)
_____   Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank Of America N.A.(2499) | $240,500.00 Residential Homestead 3132 Santa Margarita Rd, West Palm Beach FL 33411 | 0% | $0 | _____ To _____ | Debtor seeks to strip the second mortgage as wholly unsecured. |
| Third Federal Savings and Loan Association of Cleveland (1479) | $41,000.00 Residential Property 3299 Coral Ridge Dr, Coral Springs, FL 33065 | 0% | $0 | _____ To _____ | Debtor seeks to strip the second mortgage as wholly unsecured. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due   $_____
     Payable   $_____/month (Months___ to ___) Regular Payment $_____
     Payable   $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $__200.00__/month (Months__16__ to __36__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtor is making monthly mortgage payments on the residential homestead property located on 3132 Santa Margarita Rd, West Palm Beach FL 33411 directly to secured creditors, Countrywide Home Lending (8716), Briar Bay Community Assn Inc and Waters Edge at Briar Bay Assn Inc, outside of this plan. The Debtor is making monthly mortgage payments on the residential property located on 3299 Coral Ridge Dr, Coral Springs, FL 33065 directly to secured creditors, Countrywide Home Lending (9078) and Coral Springs Villas Condo Asn Inc, outside of this plan. The Debtor is making monthly auto loan payments on a 2007 Scion TC directly to secured creditor, Southeast Toyota Finance (3863), outside of this plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Hilda M Escobar_____         _____
Debtor                                  Joint Debtor
Date: 7/19/10                            Date:

LF-31 (rev. 12/01/09)